159 F.3d 1350
 Harold Curtis, Nancy Curtis
v.
Patrick McHenry, Captain of Pennsylvania State Police
Lawrence Park Barracks, Earl Cook, Officer, Erby Conley,
Lieutenant, Charles Lewis, Corporal, Reinegle, Trooper, Gary
L. Dance, Sergeant, Jay D. McKee, Trooper, Lon E. Pierce,
Trooper, John Does, all of Pennsylvania State Police
Lawrence Park Barracks
 NO. 97-3673
 United States Court of Appeals,
Third Circuit.
 July 29, 1998
 Appeal From: W.D.Pa. ,No.95cv00270E
 
 1
 Affirmed.